**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Criminal Case No. 09-cr-00017-CMA

UNITED STATES OF AMERICA,

     Plaintiff,

v.

MARION E. MCMILLAN,

     Defendant.

---

## ORDER TO CALL TO SET TRIAL DATES

---

This matter is before the Court *sua sponte*. Initial Appearance and Arraignment in this matter occurred on January 9, 2009. No dates have, as yet, been set. Therefore, counsel for the parties are DIRECTED to confer and contact Chambers *via* conference call (303-335-2174) no later than January 26, 2009 to set this matter for trial or a Change of Plea Hearing.

     DATED: January 22, 2009

                           BY THE COURT:

                           _____
                           CHRISTINE M. ARGUELLO
                           United States District Judge